```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
ANGELA WAHAB on behalf of herself and all others                       :
similarly situated,                                                    :
                                                                       :
                              Plaintiff,                               :     23 Civ. 11120 (JPC)
                                                                       :
              -v-                                                      :     ORDER
                                                                       :
ONCE UPON A BOOK CLUB, LLC,                                            :
                                                                       :
                              Defendant.                               :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On January 9, 2024, Plaintiff served Defendant with copies of the Summons and Complaint. Dkt. 9. Defendant's deadline to respond to the Complaint was therefore February 18, 2024. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). That deadline has passed, and the docket does not reflect a response to the Complaint from Defendant. Accordingly, the Court extends *sua sponte* Defendant's deadline to respond to the Complaint until February 27, 2024. If Defendant once again fails to respond to the Complaint by its deadline to do so, Plaintiff should seek a Certificate of Default by March 5, 2024.

SO ORDERED.

Dated: February 20, 2024
       New York, New York

                                                  _____
                                                  JOHN P. CRONAN
                                                  United States District Judge