

YAAKOV SAKS▲▪*
JUDAH STEIN▲▪
ELIYAHU BABAD▲▪
MARK ROZENBERG ▪

▲ NJ & NY Bar Admissions
^ CT & NJ Bar Admissions
▪ NJ Bar Admission
*Federal Court Bar Admissions
CO, TX, WI, MO, NE, NM, IL, ND, MI, CT, AR, TN

One University Plaza, Suite 620, Hackensack, NJ 07601
tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

July 3, 2024

**Via CM/ECF**
The Honorable John P. Cronan
United States District Court
Southern District of New York

  RE: *Wahab v. Once Upon a Book Club, LLC*
     Case No. 1:23-cv-11120-JPC

Dear Judge Cronan:

  We represent the Plaintiff in the above-referenced matter. We write jointly with Defendant's counsel to respectfully request a thirty (30) day extension of time for the parties to file any application to restore this matter. The new due date would be August 5, 2024. The requested extension will afford the parties an opportunity to finalize our settlement papers.

  This is the first such request in this matter.

  We thank the Court for its kind consideration and courtesies.

            Respectfully Submitted,

            /s/ Mark Rozenberg
            Mark Rozenberg, Esq.
            *Attorney for Plaintiff*

The request is granted. The deadline to restore this matter is extended to August 5, 2024. The Clerk of Court is respectfully directed to close Docket Number 18.

SO ORDERED.
Date: July 8, 2024
New York, New York

                    JOHN P. CRONAN
                    United States District Judge